# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VLADIMIR GUSINSKY REVOCABLE TRUST, derivatively on behalf of KARYOPHARM THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL G. KAUFFMAN, SHARON SHACHAM, JUSTIN A. RENZ, MICHAEL F. FALVEY, GAREN G. BOHLIN, MIKAEL DOLSTEN, BARRY E. GREENE, MANSOOR RAZA MIRZA, DEEPIKA R. PAKIANATHAN, J. SCOTT GARLAND, and KENNETH E. WEG, <br><br> Defendants, <br><br> and <br><br> KARYOPHARM THERAPEUTICS INC., <br><br> Nominal Defendant. | C.A. No. 20-cv-12213-NMG <br><br><br><br><br><br><br><br> **JOINT MOTION TO STAY ACTION PENDING FURTHER PROCEEDINGS IN RELATED SECURITIES CLASS ACTION** |

**JOINT MOTION TO STAY ACTION PENDING FURTHER PROCEEDINGS IN RELATED SECURITIES CLASS ACTION AND [PROPOSED] ORDER**

Plaintiff Vladimir Gusinsky Revocable Trust ("Plaintiff"), and Defendants Michael G. Kauffman, Sharon Shacham, Justin A. Renz, Michael F. Falvey, Garen G. Bohlin, Mikael Dolsten, Barry E. Greene, Mansoor Raza Mirza, Deepika R. Pakianathan, J. Scott Garland, Kenneth E. Weg, and Nominal Defendant Karyopharm Therapeutics Inc. ("Defendants") (together "Parties") hereby jointly move for an order staying this shareholder derivative action pending further proceedings in a related securities class action pending before this Court.

In support of this Motion, the Parties state as follows:

*Motion allowed. /s/ NM Gorton, USDJ 01/12/21*